RECEIVED

OCT 1 4 2015

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE DIVISION

| | |
|---|---|
| LAZARIO GONZALEZ SOTO<br>A23212720<br>VS. | CIVIL ACTION NO. 6:15-cv-1206<br><br>SECTION P<br><br>JUDGE REBECCA F. DOHERTY |
| ERIC HOLDER, ET AL. | MAGISTRATE JUDGE PATRICK J. HANNA |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, determining that the findings are correct under the applicable law, and noting the absence of objections to the Report and Recommendation in the record;

**IT IS ORDERED** that the respondent's Motion to Dismiss [doc. 9] be **GRANTED** and that this petition be **DENIED AND DISMISSED WITH PREJUDICE** as moot.

**THUS DONE AND SIGNED**, in chambers, Lafayette, Louisiana, on this _14_ day of _October_, 2015.

REBECCA F. DOHERTY
UNITED STATES DISTRICT JUDGE